QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP  JS-6
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Justin C. Griffin (Bar No. 234675)
justingriffin@quinnemanuel.com
A.J. Bedel (Bar No. 243603)
ajbedel@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for DIRECTV, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIRECTV, Inc., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ELEPHANT GROUP, Inc., a Delaware Corporation; SAVEOLOGY.COM, L.L.C., a Florida Limited Liability Corporation; BENNY ABOUD, an individual; JOSEPH BAMIRA, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV-09-04434 PA (CWx)<br><br>ORDER RE: DISMISSAL OF ACTION AGAINST DEFENDANTS<br><br>Judge: The Hon. Percy Anderson<br><br>NOTE: CHANGES MADE BY THE COURT |

1    **[PROPOSED] ORDER OF DISMISSAL**

2    IT IS HEREBY ORDERED THAT:

3    1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and the terms of a confidential settlement agreement between DIRECTV and Defendants Elephant Group, Inc., Saveology.com L.L.C, Benny Aboud and Joseph Bamira, DIRECTV's claims in the above captioned action against Elephant Group, Inc., Saveology.com L.L.C, Benny Aboud and Joseph Bamira are dismissed with prejudice; and

2.  ~~The Court shall retain jurisdiction over DIRECTV, Elephant Group, Inc., Saveology.com L.L.C, Benny Aboud and Joseph Bamira to enforce the terms of the confidential settlement agreement~~

DATED: March 31, 2010

_____
Honorable Percy Anderson
United States District Court Judge